*The State of Indiana* v. *Merrill B. Sherwood et al.*— J. Howe, for complainants ; S. Sherwood, for defendant. Application of defendant Griffin to dissolve the injunction, as to him, denied, with costs to abide the event.

*William Tone* v. *Harvey Brace.* C. M. Lee, for appellant ; J. W. Gilbert, for respondent. Decree appealed from affirmed with costs, and proceedings remitted.

*Abraham Wyckoff* v. *Peter V. Remsen et al.* J. A. Lott, for appellant ; S. F. Clarkson, for respondent. Decree appealed from affirmed, with costs.

*Gardner H. Northrup et al.* v. *Abigail Metcalf et al* H. Vander Lyn, for appellants ; R. Campbell, for respondents. Decree of the vice chancellor of the fifth circuit affirmed, with costs.